JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO GERARDO MORA NUNEZ, <br><br> Petitioner, <br><br> v. <br><br> CHIEF HOLT, <br><br> Respondent. | NO. CV 18-7364-PA (KS) <br><br> JUDGMENT |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 20, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE